## ABRAMS v. STATE.

No. 19354.

Court of Criminal Appeals of Texas.

Feb. 2, 1938.

A. H. Spann, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale in dry territory; punishment assessed at a fine of $100.

The information and complaint charge the offense. No statement of facts or bills of exception are in the record. Nothing is presented for review.

The judgment is affirmed.